IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FREDDIE CHARLES WILLIAMS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 2:16-CV-00050-JRG-RSP |
| | § | |
| GREAT PLAINS OIL FIELD RENTAL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Before the Court is the Report and Recommendation (Dkt. No. 32) by Magistrate Judge Payne, which recommends that this case be dismissed for want of prosecution. Mr. Williams has not objected or otherwise responded to the Report.

Having considered the Report and Recommendation, **IT IS ORDERED** that Magistrate Judge Payne's Report and Recommendation (Dkt. No. 32) is hereby **ADOPTED**. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 13th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE